NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**GORDON ARTHUR WOODLEY** AND **DENISE LYNN WOODLEY,**
*Plaintiffs-Appellants,*

**v.**

**DANIEL HAGGART** AND **KATHY HAGGART, FOR THEMSELVES AND AS REPRESENTATIVES OF A CLASS OF SIMILARLY SITUATED PERSONS,**
*Plaintiffs-Appellees,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5106

---

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00103-CFL, Judge Charles F. Lettow.

---

**ON MOTION**

---

2                                    WOODLEY v. US

PER CURIAM.

**O R D E R**

Daniel Haggart et al. ("Class Members") move to strike certain pages from appellants' appendix. Appellants oppose. Class Members also move to dismiss appellants' appeal as frivolous and for summary affirmance. Appellants and the United States oppose.

The court deems it the better course for the Class Members to raise their arguments for affirmance and their arguments to strike in their response brief.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to strike is denied. The parties are directed to address whether the documents are properly before the court in their briefs.

(2) The motion to dismiss or for summary affirmance is denied. The appellees' response briefs are due within 40 days of the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24